# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

| | |
|---|---|
| CASE NO. **CR218-22** | DATE **06/08/2020** |
| TITLE **USA v. Elizabeth McAlister** | |
| TIMES **9:14 - 10:41** | TOTAL **1 hours 27 minutes** |

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**  Courtroom Deputy : **Whitney Sharp**
Court Reporter : **Debra Gilbert**   Interpreter :

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Karl Knoche<br>Greg Gilluly<br>Channell Singh | William Quigley<br>Jason Clark | |

PROCEEDINGS : **Sentencing - VTC**   ☑ In Court   ☐ In Chambers

The Court confirms all parties wish to proceed via VTC.
As to the pending motion at Dkt. 721 - this motion is denied.
The Court has received and reviewed numerous letters received in support of the defendant.
The Court has also received and reviewed the sentencing memo filed by the Government and by Defense.
Objections -Yes ; as to paragraphs 7-10 and 12 - overrulled ; as to paragraphs 12, 13, 19 and 97 - overrulled ; as to paragraphs 15 and 26 - overrulled ; as to paragraphs 20 - overrulled ; as to paragraphs 24, 27, 86, and 92 - overrulled ;
The Court has taken into consideration the statements included in the PSR as requested.
As to those paragraphs not objected to, the Court adopts the findings of fact and conclusions of applicable advisory guidelines and finds total Offense Level 14 / Criminal History I / Guideline 15-21 Months / 1-3 years supervised release / $7,500 - $75,000 fine / $310 special assessment / No fine / Restitution of $33,503.51
As to Counts 1& 2 : No minimum - Max 5 years / as to Count 3 : No minimum - maximum 10 years / as to Count 4 : No minimum - maximum 6 months.
Defense witness Frida Berrigan - 10:16 - 10:23 / Defense 10:24 - 10:25
Government 10:25 - 10:28 / Defendant 10:28 - 10:32

(Rev 7/2003)   GENERAL CLERK'S MINUTES

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR218-22**                                        DATE **06/08/2020**

TITLE   **USA v. Elizabeth McAlister**

PROCEEDINGS (continued): **Sentencing - VTC**

Court - BOP time served as to each counts 1-4 to be served concurrently (credit for 17 months and 9 days served ) / 3 years supervised release / standard, special and mandatory conditions of release / no fine / $310 special assessment / Restitution $33,503.51 j/s with co-defendants / payments of minimum $25 per month / interest waived / DNA sample / no firearms or weapons / provide USPO access to any requested financial information / pay as directed / subject to searches / any appeal to be made within 14 days.